**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Wayne COBB, Defendant–Appellant.**

No. 08–16328

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 20, 2009.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Michael Wayne Cobb, Atlanta, GA, pro se.

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Michael Wayne Cobb in this appeal of the district court's denial of Cobb's motion for sentence reduction, pursuant to 18 U.S.C. § 3582, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Cobb's § 3582(c)(2) motion to reduce sentence is **AFFIRMED.**